# CUSTOMER'S MOTION TO CHALLENGE GOVERNMENT'S ACCESS TO FINANCIAL RECORDS IN THE UNITED STATES DISTRICT COURT



FOR THE __Middle__ DISTRICT OF __North Carolina__
(Name of District)       (State In Which Court Is Located)

__Saleemah Layne__ )
(Your Name) )
) Miscellaneous No.    **25MC31**
) (Will be filled in by
) Court Clerk)
)
         Movant )
) MOTION FOR ORDER PURSUANT
V. ) TO CUSTOMER CHALLENGE
) PROVISIONS OF THE RIGHT TO
Department of Defense ) FINANCIAL PRIVACY ACT
) OF 1978.
         Respondent )

__Saleemah Layne_____ hereby move this Court pursuant to
(Your Name)

Section 3410 of the Right to Financial Privacy Act of 1978, 12 United States Code 3401, et seq. for an order preventing the Government from obtaining access to my financial records. The agency seeking, access is the Department of Defense.

My financial records are held by __Benworth Capital Partners, LLC__.
(Name of Institution)

In support of this motion, the Court is respectfully referred to my sworn statement filed with this motion.

Respectfully submitted,

__Saleemah Layne__ (signature)
(Your Signature)

__3490 Hillman Grove rd Cameron, NC 28326__
(Your Address)

__910 853-2275   910-635-7013__
(Your Telephone Number)

Right to Financial Privacy Act of 1978, Title 12 United States Code, Section 3410